```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0092--CR (JDR)
                   "USA V RANDY ROY BLONDIN"
                    DEF 1.1 BLONDIN, RANDY RAY

     Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Magistrate Judge:
                Filed: 09/22/05
               Closed: 12/06/05
  No. of Defendants: 1
      MJ Case Number:
                  AKA:
      Location status: Released on Bond
           Trial date:
           Terminated: YES
  Needs interpreter: NO
  Counsel of record: Randy Blondin
                    Pro Per
                    PO Box 4478
                    Kodiak, AK 99615
                    907-847-2253
                    Serve: YES
                     Type: Waived or Self
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 BLONDIN, RANDY RAY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 16:1538(a)(1)(G) & 1540(b)(1); 50 C.F.R. 17.31(a) & 17.21(d)(1) POSSESSING THREATENED SPECIES OF WILDLIFE (M) | Sentenced (9-1) |
| 1 - 1 INF | 2 | 16:703 & 707;50 C.F.R. 20.21(h) TAKING MIGRATORY WATERFOWL BY ILLEGAL METHODS (P) | Sentenced (9-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A05-0092--CR (JDR)
                    "USA V RANDY ROY BLONDIN"

                        For all filing dates
```

```
  Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 09/22/05
            Closed: 12/06/05
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 09/22/05 | Issued: Summons |
| 1 - 1 | 09/22/05 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 09/22/05 | [Re: DEF 1] JDR Minute Order re Arr set for 10/31/05 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 3 - 1 | 10/11/05 | USM Return of svc of summons re: DEF 1 executed on 10/03/05. |
| 4 - 1 | 10/31/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Arr on Misdemeanor Info held 10/31/05; NG to Cts 1 & 2 entered on behalf of the def by the Crt; bond set at O/R; hrg cont to 11/18/05 at 9:30 a.m.; FPD to forward personal recognizance, order setting conds of rls, consent to proceed and pet to enter plea to def.  cc: USA, FPD, DEF, USM, USPO |
| 5 - 1 | 10/31/05 | [Re: DEF 1] faxed cy of def's written consent to proceed telephonically. |
| 6 - 1 | 10/31/05 | [Re: DEF 1] PLF 1 Notice of filing agreement letter signed by def w/att exh. |
| 7 - 1 | 11/18/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Cont. Argn on Misd. Info/PCOP (held 11/18/05); deft changed plea to guilty on cts 1 & 2 of Information; IOS set for 12/2/05 at 9:30 am; deft to sign and return waiver of counsel and change of plea paperwork.  cc: USA, deft, USM, USPO |
| 8 - 1 | 12/01/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re IOS (held 12/1/05); sent imposed as stated in the judg; bond exonerated; crt accepted plea agreement. |
| 9 - 1 | 12/06/05 | [Re: DEF 1] JDR Judgment pleaded guilty to count(s) 1,2 of the Information (1-1); prob 36 mos; SA $35; Fine $7,500. cc: USA, R. Blondin, USM, USPO, def w/cnsls cy, Finance, FLU |
| 10 - 1 | 12/06/05 | DEF 1 Consent to Proceed Telephonically. |
| 11 - 1 | 12/06/05 | [Re: DEF 1] Consent to Proceed Before Magistrate Judge in a Misd Case. |
| 12 - 1 | 12/06/05 | [Re: DEF 1] JDR Order of Personal Recognizance. |
| 14 - 1 | 12/06/05 | DEF 1 Petition to enter plea of guilty. |
| 13 - 1 | 12/07/05 | [Re: DEF 1] Order setting conditions of release. |