Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA


RECEIVED
DEC 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V

Case No. A05-092-1 CR (JDR)

Randy Blondin

On December 1, 2005, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant has paid all fines/fees and has had no subsequent law violations. It is accordingly recommended that Randy Blondin be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted

REDACTED SIGNATURE

Travis Lyons
U.S. Probation Officer
District of Alaska

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 7th day of December, 20 07.

REDACTED SIGNATURE

John D. Roberts
U.S. Magistrate Judge